RK



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY WATSON | **FILED** | CIVIL ACTION |
| v. | SEP 17 2019 | |
| SUPERINTENDENT THERESA DELBASO, et al. | KATE BARKMAN, Clerk<br>By_____Dep. Clerk | NO. 19-2958 |

## ORDER

AND NOW, this 17th day of Sept., 2019, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus (Doc. 2) is **SUMMARILY DISMISSED** under 28 U.S.C. § 2243 and Rule 4 of the Rules Governing § 2254 Cases as barred by the AEDPA statute of limitations; and

3. A certificate of appealability is <u>not</u> granted.

BY THE COURT:

_____
ROBERT F. KELLY,          J.

mailed
9-18-19
Watson

Dkt to Stats